1911549 - Court - A -    US B
SCHNELLER AND LOMENICK, P.A.
P.O. BOX 417

HOLLY SPRINGS, MS 38635


US Bankruptcy Courthouse
703 Hwy 145 North
Aberdeen, MS 39730


NOTICE

# United States Bankruptcy Court
## Northern Dist Of MS Aberdeen Division

| | | | |
|---|---|---|---|
| Debtor 1: | DEWAYNE JONES | Last 4 digits of Social Security number or ITIN: | XXX-XX-9032 |
| | | EIN: | |
| Debtor 2: | | Last 4 digits of Social Security number or ITIN: | |
| | | EIN: | |
| Case Number: | 19-11549-JDW | Date Case Filed or Converted to Chapter 13: | April 09, 2019 |

Form 309I (12/15)

## NOTICE OF CHAPTER 13 BANKRUPTCY CASE

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in this case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in this case. Do not include more that the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: | |
|---|---|---|---|
| **1: Debtor's full name** | DEWAYNE JONES | | |
| **2: All other names used in the last 8 years** | | | |
| **3: Address** | 140 PINEWOOD DRIVE<br><br>HOLLY SPRINGS, MS 38635 | If debtor 2 lives at a different address: | |
| **4: Debtor's attorney**<br>Name and Address | SCHNELLER AND LOMENICK, P.A.<br>P.O. BOX 417<br><br>HOLLY SPRINGS, MS 38635 | Contact phone<br><br>Email | (662) 252-3224 |
| **5: Bankruptcy trustee**<br>Name and Address | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211 | Contact phone<br><br>Email | (601) 355-6661<br><br>www.barkley13.com |
| **6: Bankruptcy Clerk's office**<br>Documents in this case may be filed at this address.<br><br>You may inspect all records filed in this case at this office or online a www.pacer.gov. | US Bankruptcy Courthouse<br>703 Hwy 145 North<br><br>Aberdeen, MS 39730 | Hours open<br><br>Contact phone | |

Form 309I    Page 1                                  For more information, see page 2

Debtor:   DEWAYNE JONES                                                    Case Number:  19-11549-JDW

| 7: Meeting of creditors | | Location: | The Landers Center |
|---|---|---|---|
| Debtors must attend the meeting to be questioned under oath.  In a joint case, both spouses must attend. | May 30, 2019 _____ at _11:30 AM__ Date                    Time | | 4560 Venture Dr Room 11 Southaven, MS 38671 |
| Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.  If so, the date will be on the court docket. | | |

| 8: Deadlines | | | |
|---|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts: You must file:** ■ a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or ■ a complaint if you want to have a paticular debt excepted from discharge under U.S.C. § 523(a)(2) or (4). | **Filing deadline:** | July 29, 2019 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:** | June 18, 2019 |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** | October 07, 2019 |

**Deadlines for filing proof of claim:**

A proof of claim is a signed statement describing a creditor's claim.  A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.  If you do not file a proof of claim by the deadline, you might not be paid for your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim.

Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain.  For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| | | |
|---|---|---|
| **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the conclusion of the meeting of creditors |

| 9: Filing of plan | Miss. Bankr. L.R. 3015-1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors.  The plan may contain a motion for valuation of property and/or a motion to avoid lien.  Any objection to the plan or to any motion contained therein shall be in writing and filed with the Clerk of Court on or before June 13, 2019.  Objections will be heard on June 25, 2019 at 01:30 PM, Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655 unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing. |
|---|---|
| 10: Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice.  Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11: Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan.  A plan is not effective unless the court confirms it.  You may object to confirmation of the plan and appear at the confirmation hearing.  A copy of the plan will be sent to you later and the court will send you a notice of the confirmation hearing.  The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12: Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7.  Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov.  If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13: Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt.  However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you beleive that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

Form 309I    Page 2

CASE: 1911549      TRUSTEE: 73          COURT: 387
TASK: 04-10-2019.00426539.N13NOP      DATED: 04/11/2019

| | | | |
|---|---|---|---|
| Court | | US Bankruptcy Courthouse | 703 Hwy 145 North<br>Aberdeen, MS 39730 |
| Trustee | | Locke D. Barkley<br>Suite 140 | 6360 I-55 North<br>Jackson, MS 39211 |
| Debtor | | DEWAYNE JONES | 140 PINEWOOD DRIVE<br>HOLLY SPRINGS, MS 38635 |
| 799 | 000002 | SCHNELLER AND LOMENICK, P.A. | P.O. BOX 417<br>HOLLY SPRINGS, MS 38635 |
| | 000023 | FINGERHUT | PO BOX 166<br>NEWARK, NJ 07101 |
| | 000008 | FREEDOM MORTGAGE | PO BOX 37628<br>PHILADELPHIA, PA 19101-0628 |
| | 000029 | MONEY KEY<br>SUITE 1613 | 3422 OLD CAPITOL TRAIL<br>WILMINGTON, DE 19808 |
| | 000017 | BARCLAYS BANK | PO BOX 8802<br>WILMINGTON, DE 19899-8802 |
| | 000030 | PAYPAL CREDIT | PO BOX 5138<br>LUTHERVILLE TIMONIUM, MD 21094 |
| | 000011 | NAVY FEDERAL CREDIT UNION | PO BOX  3302<br>MERRIFIELD, VA 22119-3302 |
| | 000025 | FORTIVA | PO BOX 105555<br>ATLANTA, GA 30348 |
| | 000033 | SYNCHRONY BANK<br>PO BOX 965060 | ATTN: BANKRUPTCY DEPT<br>ORLANDO, FL 32896 |
| | 000009 | MARSHALL COUNTY CHANCERY CLERK | PO BOX 219<br>HOLLY SPRINGS, MS 38635 |
| | 000010 | MARSHALL COUNTY TAX COLLECTOR | POST OFFICE BOX 40<br>HOLLY SPRINGS, MS 38635 |
| | 000015 | FIRST HERITAGE CREDIT | 105 E. VAN DORN AVENUE<br>HOLLY SPRINGS, MS 38635 |
| | 000022 | FIDELITY NATIONAL LOANS | PO BOX 490<br>HOLLY SPRINGS, MS 38635 |
| | 000034 | JAMES P FORTUNE<br>P O BOX 490 | FIDELITY LOANS<br>HOLLY SPRINGS, MS 38635 |
| | 000012 | CORPORATION SERVICE COMPANY | 7716 OLD CANTON RD STE C<br>MADISON, MS 39110 |
| | 000035 | JULIE RATLIFF<br>STE 101 | 605 CRESCENT BLVD<br>RIDGELAND, MS 39157 |
| | 000014 | CAPITAL CORPORATE SERVICES<br>248 EAST CAPITOL STREET SUITE 840 | REGISTERED AGENT FOR REPUBLIC FINAN<br>JACKSON, MS 39201 |
| | 000013 | CITIMORTGAGE C/O CT CORP SYSTEMS<br>SUITE 101 | 645 LAKELAND EAST DR<br>FLOWOOD, MS 39232 |
| | 000028 | DEPT STORES NATIONAL BANK/MACYS<br>PO BOX 8053 | BANKRUPTCY PROCESSING<br>MASON, OH 45040 |
| | 000007 | CREDIT ACCEPTANCE CORP<br>SUITE 3000 | 25505 W TWELVE MILE RD<br>SOUTHFIELD, MI 48034 |
| | 000024 | FIRST PREMIER BANK<br>P O BOX 5097 | ATTN: BANKRUPTCY<br>SIOUX FALLS, SD 57117 |
| | 000031 | PLAIN GREEN LOANS | PO BOX 270<br>BOX ELDER, MT 59521-0270 |

# CERTIFICATE OF MAILING

CASE: 1911549     TRUSTEE: 73          COURT: 387
TASK: 04-10-2019.00426539.N13NOP          DATED: 04/11/2019

| 000032 | SIMPLY FAST LOANS | 4312 RAINBOW BLVD |
| | | KANSAS CITY, KS 66103 |
| 000021 | DILLARDS/WELLS FARGO BANK N.A. | PO BOX 660553 |
| | | DALLAS, TX 75266-0553 |
| 000006 | CONNS CREDIT CORP | LEGAL DEPT |
| | P O BOX 2358 | BEAUMONT, TX 77704 |
| 000019 | CAPITAL ONE | PO BOX 30285 |
| | | SALT LAKE CITY, UT 84130 |
| 000005 | BRIDGECREST | 7300 E HAMPTON AVE |
| | SUITE 101 | MESA, AZ 85209 |
| 000020 | CREDIT ONE BANK | ATTN: BANKRUPTCY |
| | P O BOX 98873 | LAS VEGAS, NV 89193-8873 |
| 000027 | LENDINGCLUB CORPORATION | 595 MARKET STREET , SUITE 200 |
| | ATTN: BANKRUPTCY DEPT | SAN FRANCISO, CA 94105 |
| 000016 | AFFIRM LOANS | 225 BUSH STREET |
| | | SAN FRANCISCO, CA 94111 |
| 000026 | GENESIS BANKCARD SERVICES | PO BOX 4499 |
| | | BEAVERTON, OR 97076-4499 |
| 000018 | BIG PICTURE LOANS | 2505 1ST AVENUE |
| | | SEATTLE, WA 98121 |

35 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  04/11/2019 .
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON    04/11/2019   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail