### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| DEWAYNE JONES | 19-11549-JDW |

### RESPONSE TO MOTION TO SUSPEND CHAPTER 13 PLAN PAYMENTS

COMES NOW Locke D. Barkley, Chapter 13 Trustee, by and through counsel, and files this response to the Debtor's Motion to Suspend Chapter 13 Plan Payments (Dkt. #45) (the "Motion") and in support states as follows:

The Trustee has no objection to the requested suspension for July and August 2020, and the refund of funds received from or on behalf of the Debtor during that period. However, the Trustee requests that any order granting the relief requested include the following provision: "Within 30 days of the completion of the suspension period the Debtor shall either resume full payments to the Trustee or file a motion seeking additional relief, failing which may result in the dismissal of this case without the necessity of further notice or hearing."

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, Chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order granting the Debtor's Motion, subject to the limitation above, and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: July 1, 2020

Respectfully submitted,
LOCKE D. BARKLEY, TRUSTEE

BY: /s/ W. Jeffrey Collier
W. JEFFREY COLLIER (MSB No. 10645)
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com

1

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

      Dated: July 1, 2020

                                    /s/ W. Jeffrey Collier
                                    W. JEFFREY COLLIER